# United States Bankruptcy Court
## Central District of California

In re:
Todd Charles Barretta
dba Future Solutions, S.p.A

CHAPTER NO.: 13

CASE NO.: 2:20-bk-14891-VZ

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☒ Summary(Form 106Sum or 206Sum)
- ☒ Schd A/B(Form106A/B or 206A/B)
- ☒ Schedule C (Form 106C)
- ☐ Schedule D (Form 106D or 206D)
- ☒ Schd E/F(Form106E/F or 206E/F)
- ☒ Schedule G (Form 106G or 206G)
- ☒ Schedule H (Form 106H or 206H)
- ☒ Schedule I (Form 106I)
- ☒ Schedule J (Form 106J)
- ☒ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non-Indiv (Form 202)
- ☒ StmtFinAffairs(Form107 or 207)
- ☒ Chapter 13 Plan (LBR F3015-1)
- ☒ Ch 13 Income (Form 122C-1)
- ☒ Means Calculation(Form 122C-2)
- ☐ Other *(Specify):*

For Chapter 13 Cases filed on or after 04/15/2019, the new version of the chapter 13 plan is required. The court will treat your case as not having filed a plan and **WILL DISMISS YOUR CASE unless the correct version of the mandatory form plan is filed by the applicable deadline.**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**
(1)    File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>May 28, 2020</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mdeforco – Rev 04/2019)

**4 – 1 / JAI**