```
                        United States Bankruptcy Court
                         Central District of California
```

In re:                                                              Case No. 20-14891-VZ
Todd Charles Barretta                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: admin              Page 1 of 2              Date Rcvd: Jun 15, 2020
                             Form ID: odspb           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db            +Todd Charles Barretta,    22902 Colombard Lane Unit 3,    Diamond Bar, CA 91765-2587
40316500       Atlantic Health System,    P.O. Box 35610,    Newark, NJ 07193-5610
40316498      +CT Department of Motor Vehicles,    60 State Street,    Wethersfield, CT 06161-0001
40316480      +CarMax Auto Finance,    225 Chastin Meadows CT,    Kennesaw, GA 30144-5897
40316481      +City of Meriden,    142 East Main Street,    Meriden, CT 06450-5667
40316487      +College Nannies & Tutors,    458 Springfield Ave.,    Summit, NJ 07901-2627
40316479      +Defalcos Automotive & Towing,    26 Commerce St.,    Chatham, NJ 07928-2762
40316478      +Extra Space Storage,    1420 Rahway Ave.,    Avenel, NJ 07001-2214
40316503       First Energy Corporation d/b/a JCP&L,    P.O. Box 3687,    Akron, Ohio 44309-3687
40316492      +Future Solutions, S.p.A.,    20 Miele Pl.,    Summit, NJ 07901-1422
40316484      +Gervasio & Filomena DeChaves,    125 Canoe Brook Pkwy,    Summit, NJ 07901-1404
40316488       Jersey Central Power & Light,    P.O. Box 16001,    Reading, PA 19612-6001
40316499      +Kunwar Kishore Auora,    20 Miele Pl.,    Summit, NJ 07901-1422
40316504      +LexisNexis,    9443 Springboro Pike,    Dayton, OH 45342-5490
40316501      +Overlook Medical Center,    99 Beauvoir Ave.,    Summit, NJ 07901-3595
40316483       Sallie Mae / U.S. Dept Education,    111 USA Parkway,    Fishers, IN 46037-9203
40316494      +State of CT Dept. of Labor,    200 Folly Brook Blvd.,    Wethersfield, CT 06109-1114
40316493      +Summit Medical Group,    Attn: Business Office/Billing Department,    150 Floral Ave.,
                New Providence, NJ 07974-1557
40316491      +Ting, Inc.,    800D Louisville Street,    Starkville, MS 39759-3724
40316477       U-Haul Moving & Storage of Elmwood Park,    63 & 85 Bank Street,    Elmwood Park, NJ 07407
40316475      +U-Haul Regional,    92 Route 46 E.,    Elmwood Park, NJ 07407-1237
40316476       U-Haul Storage,    210 US-46,    Saddlebrook, NJ 07663
40316489      #Verizon,    P.O. Box 4842,    Trenton, NJ 08650-4842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Jun 16 2020 09:33:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jun 16 2020 09:33:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA  95812-2952
smg            E-mail/Text: finance.bankruptcy@lacity.org Jun 16 2020 06:10:10      Los Angeles City Clerk,
                P.O. Box 53200,    Los Angeles, CA  90053-0200
40316490      +EDI: CAPITALONE.COM Jun 16 2020 09:34:00      Capital One,
                Attn: General Correspondence PO Box 3028,    Salt Lake City, UT 84110-3028
40316495      +EDI: COMCASTCBLCENT Jun 16 2020 09:33:00      Comcast,    1701 John F Kennedy Blvd,
                Philadelphia, PA 19103-2899
40316486       EDI: ECMC.COM Jun 16 2020 09:33:00      ECMC,    P.O. Box 64909,    St. Paul, MN 55164-0909
40316496      +EDI: IIC9.COM Jun 16 2020 09:33:00      I C Systems,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
40316482       EDI: IRS.COM Jun 16 2020 09:34:00      IRS,    135 High St.,    Hartford, CT 06103
40316485       EDI: NAVIENTFKASMSERV.COM Jun 16 2020 09:33:00      Navient,    P.O. Box 9500,
                Wilkes-Barre, PA 18773-9500
40316497      +EDI: NAVIENTFKASMSERV.COM Jun 16 2020 09:33:00      Navient,    P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
40316502       Mr. Kunwar B. Kishore Arora C-1804,,    Raheja Heights,    Gen A.K Vaidya Marg,
                Near NNP Malad East Mumbai 400097 MH IN
40316251*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0973-2              User: admin                Page 2 of 2              Date Rcvd: Jun 15, 2020
                                  Form ID: odspb             Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              Nancy K Curry (TR)     TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 2
```

Form odspb−odspab/autodismi
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Todd Charles Barretta
dba Future Solutions, S.p.A

**BANKRUPTCY NO.** 2:20−bk−14891−VZ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1393
**Employer Tax−Identification (EIN) No(s).(if any):** 99−0370729
**Debtor Dismissal Date:** 6/15/20

**Address:**
22902 Colombard Lane Unit 3
Diamond Bar, CA 91765

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 15, 2020

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**9 / AUT**